IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-379-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    JAY STUART DEVAUGHN,**

        Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

As counsel is already aware, this matter is set for a Change of Plea Hearing on **August 26, 2010 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. This is the same time and date set for this defendant's Change of Plea Hearings in cases numbered 10-cr-00132-JLK and 10-cr-00254-JLK.

---

Dated: August 24, 2010