IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-379-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.**     **JAY STUART DEVAUGHN,**

        Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for December 17, 2010 is **VACATED AND RESET** for **January 21, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  November 5, 2010