**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 17, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JAY STUART DE VAUGHN,

    Defendant - Appellant.

Nos. 11-1046, 11-1047, & 11-1048
(D.C. Nos. 1:10-CR-00254-JLK-1,
1:10-CR-00379-JLK-1, and
1:10-CR-00132-JLK-1)

---

**ORDER**

---

Before **KELLY** and **GORSUCH,** Circuit Judges.

---

This matter is before the court on the appellant's motion to re-open the three above-referenced appeals that were voluntarily dismissed on February 28, 2011, on the appellant's motion filed pursuant to 10th Cir. R. 46.3 (B). The motion to re-open is denied.

However, the motion to re-open will be treated as a misdirected notice of appeal from the judgments entered in appellant's three district court criminal cases on April 22, 2011 and will be forwarded to the district court in accordance

with Fed. R. App. P. 4 (d).

                              Entered for the Court
                              ELISABETH SHUMAKER, Clerk of Court

by:

                              Christine Van Coney
                              Counsel to the Clerk

## UNITED STATES COURT OF APPEALS
### TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

| | |
|---|---|
| Elisabeth A. Shumaker<br>Clerk of the Court | Douglas Cressler<br>Chief Deputy |

May 17, 2011

Mr. Gregory Langham, Clerk
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Re: **Misdirected Notice of appeal for cases 10-CR-00254-JLK-1, 10-CR-00379-JLK-1, and 10-CR-00132-JLK-1**

Dear Mr. Langham:

Enclosed please find Mr. De Vaughn's motion to reopen per the court's order of May 17, 2011. This has been construed as a misdirected notice of appeal for the three above listed cases. In order for your court to take the appropriate steps to provide us with the preliminary records in these matters, this is now sent to you so it can be properly filed as of May 2, 2011. *See* Fed. R. App. P. 4(d), and this court's order of May 17, 2011.

Please note that we will need 3 separate preliminary records.

Please contact this office if you have questions.

Very truly yours,

*Elisabeth A. Shumaker*

Elisabeth Shumaker, Clerk of Court

EAS:lg

cc: Jay Stuart De Vaughn

*revised 6/01*